FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002563107

W. STEVEN SHUMWAY, ESQ. CSB #119351
2140 Professional Dr., Suite 250
Roseville, California 95661
(916) 789-8821

Attorneys for Debtor
in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In re:                              CASE NO. 10-28103-A-11

DONALD & BERTHA WAGNER,

    Debtor.
_____/

**DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY COUNSEL**

TO THE UNITED STATES BANKRUPTCY COURT:

The Applicants and Debtors-in-Possession, Donald & Bertha Wagner, respectfully states:

1. The Applicant is the Debtors-in-Possession in this case.

2. To perform its duties as Debtor-in-Possession, your Applicant requires the services of an attorney for the following purposes:

    a) To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate, and concerning Applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

    b) To appear for, prosecute, defend and represent Applicant's interest in suits arising in or related to this case;

    c) To appear for, prosecute, defend and represent Applicant's interest in suits existing in California state

courts;

     d) To investigate and prosecute preference, fraudulent conveyance and other actions arising under the Trustee's avoiding powers;

     e) To assist and advise Applicant in the investigation and collection for the estate of any outstanding accounts receivable, deposits or causes of action which may be reasonably obtainable; and

     f) To assist in the preparation of such schedules, statements, pleadings, motions, notices and orders as are required for the orderly administration of this estate, and to consult with and advise Applicant in connection with the operation of the business of the Debtor.

3. For the foregoing and all other necessary and proper purposes, Applicant desires to retain W. STEVEN SHUMWAY Esq.

4. Applicant believes that said attorney is well qualified to render the foregoing services because Mr. W. Steven Shumway, is experienced and emphasizes commercial litigation, bankruptcy and debtor/creditor matters.

5. Based upon the Declaration filed herewith, Applicant believes that said attorney does not hold or represent any interest adverse to that of your Applicant or the Debtor's estate, and that said lawyer is a disinterested persons within the meaning of 11 U.S.C section 101(13). Applicant is informed that the normal hourly billing rates for bankruptcy work of W. Steven Shumway is $225.00 per hour, and that paralegal charges are $70.00 per hour.

6. Applicant paid said attorney $5,000.00 to prepare and

file this case.  Applicant has given no retainer to said attorney.  It is contemplated that said attorney will seek compensation based upon normal and usual hourly billing rates.  It is furthermore contemplated that said law firm will seek interim compensation during the case, as permitted by 11 U.S.C. Section 331.

    WHEREFORE, Applicant prays that it be authorized to employ W. STEVEN SHUMWAY as bankruptcy counsel to render services in the areas described above.  Applicant further requests that compensation shall be paid as administrative expense in such amounts as this Court may hereinafter determine and allow from date of this appointment.

DATED: 4/8/10                   /s/ Donald Wagner
                                 Donald Wagner

DATED: 4/8/10                   /s/ Bertha Wagner
                                 Bertha Wagner