FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002563108

W. STEVEN SHUMWAY, ESQ. CSB #119351
2140 Professional Dr., Suite 250
Roseville, California 95661
(916) 789-8821

Attorneys for Debtor
in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In re:                              CASE NO. 10-28103-A-11

DONALD & BERTHA WAGNER,

    Debtor.
_____/

**DECLARATION OF W. STEVEN SHUMWAY IN SUPPORT OF
DEBTOR'S APPLICATION TO EMPLOY ATTORNEY**

    I, W. STEVEN SHUMWAY, declare:

    1.    I am an attorney duly admitted to practice before all courts of the State of California and all Federal courts in the Districts of California.

    2.    I graduated from the University of the Pacific, McGeorge School of Law in 1985. From 1985 until 1990, I was Corporate Counsel to Sacramento First National Bank. My area of responsibility included handling all bankruptcy matters for the bank. From 1990 to 1992, I was employed as a Senior Associate with Balfrey & Abbott, Attorneys at Law. My area of practice included all bankruptcy matters for clients of the firm. In 1992, I opened my own office practicing in real estate and business litigation and business reorganization. From 1993 to

June of 1995, in addition to my own practice, I was a shareholder in Brigit S. Barnes, Inc., a law corporation. In June 1995 I went back into my own practice. My area of practice includes real estate litigation, commercial litigation, debtor-creditor relations, Chapter 11 business reorganizations, Chapter 13 and Chapter 7 bankruptcy cases.

3. My hourly rate is $225.00. The rate for paralegal service through my office is $70.00 per hour. I maintain contemporaneous daily time records setting forth the specific dates, services rendered and the time spent.

4. I do not hold any interest adverse to the above referenced estate, and am a disinterested person as defined in 11 U.S.C. section 101 (13).

5. Except as set forth above, I have no connection with the debtor, creditors or any other party in interest, their respective attorneys and accountants or the United States trustee or any employee of the Office of the United States trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April, 2010 at Roseville, California.

                    /s/ W. Steven Shumway
                    W. Steven Shumway