FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002563109

W. STEVEN SHUMWAY, ESQ. CSB #119351
2140 Professional Dr., Suite 250
Roseville, California 95661
(916) 789-8821

Attorneys for Debtor
in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In re:                                     CASE NO. 10-28103-A-11

DONALD & BERTHA WAGNER,

        Debtor.
_____/

**PROOF OF SERVICE OF DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY COUNSEL; DECLARATION OF W. STEVEN SHUMWAY IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL**

Matter:  In re: Wagner
         Case No. 10-28103-A-11

ATTORNEY'S CERTIFICATE OF SERVICE BY MAIL

I, W. Steven Shumway, certify:

I am and at all times mentioned herein was, an active member of the State Bar of California and not a party to the above entitled case. My business address is 2140 Professional Drive, Suite 250, Roseville, California 95661.

On this date, I served the following document(s):

**DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY COUNSEL; DECLARATION OF W. STEVEN SHUMWAY IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL**

__xx__   by enclosing one copy thereof in a sealed envelope, with postage thereon fully prepaid. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and that said correspondence is deposited with the United States Postal Service at Rocklin, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

United States Trustee
501 I Street, 7th Floor
Sacramento, California   95812


I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Dated: 4/8/10          /s/ W. Steven Shumway
                       W. STEVEN SHUMWAY